STATE of Missouri, Respondent,

v.

Duron COCKRELL,
Defendant/Appellant.

No. ED 98359.

Missouri Court of Appeals,
Eastern District,
Division Two.

June 4, 2013.

Motion for Rehearing and/or Transfer
to Supreme Court Denied July
24, 2013.

Application for Transfer Denied
Oct. 1, 2013.

Amy M. Bartholow, Woodrail Centre, Columbia, MO, for Appellant.

Chris Koster, Attorney General, Karen L. Kramer, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before KATHIANNE K. CRANE, P.J., MARY K. HOFF, J., and LISA S. VAN AMBURG, J.

## ORDER

PER CURIAM.

Duron Cockrell (Defendant) appeals from the judgment upon his convictions by a jury for one count of attempted first-degree rape, in violation of Section 566.032, RSMo 2000,[1] and one count of first-degree statutory sodomy, in violation of Section 566.062, for which Defendant was sentenced, as a prior offender, to ten years' and a concurrent eighteen-years' imprisonment. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).

1. Unless otherwise indicated, all further statu-     tory references are to RSMo 2000.